# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Bruce Molzan _____ v. Bellagreen Holdings, LLC, et al. _____ No. 23-20492

The Clerk is requested to tax the following costs against: Appellees

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | 505 | | | | |
| Appendix or Record Excerpts | 8 | 76 | 0.15 | 91.20 | | | | |
| Appellant's Brief | 11 | 42 | 0.15 | 69.30 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 11 | 22 | 0.15 | 36.30 | | | | |
| Other: | | | | | | | | |

Total $ 701.80

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____

Costs are taxed in the amount of $ _____

LYLE W. CAYCE, CLERK

State of _____
County of _____                                          By _____
                                                                       Deputy Clerk

I, Karen Bryant Tripp _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 19th day of August, 2024.

_Karen B. Tripp_
(Signature)

Attorney for Appellant, Bruce Molzan

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS